**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lorenzo Demond LEWIS, a/k/a Trends, a/k/a Lorenzo Damont Lewis, Defendant—Appellant.**

No. 12–6359.

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2012.

Decided: Aug. 3, 2012.

Lorenzo Demond Lewis, Appellant Pro Se. Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Demond Lewis appeals the district court's order denying relief on his motion seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and conclude that the revised drug equivalency tables implemented by Amendment 750, *U.S. Sentencing Guidelines Manual* (USSG) § 2D1.1 cmt. n. 10(D) (2011), do not apply to Lewis's sentence. *See* USSG §§ 1B1.10, 2D1.1(c)(4), app. C. Amend. 750. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*